**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 12, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00815-CV

---

## IN RE PHILADELPHIA INDEMNITY INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-61944**

---

## MEMORANDUM OPINION

On October 17, 2017, relator Philadelphia Indemnity Insurance Company filed a petition for writ of mandamus in this court asking this court to compel the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County, to vacate his order dated October 9, 2017, denying, *without prejudice*, relator's Application to Enforce Subpoena Duces Tecum, which relator filed

pursuant to Texas Rule of Civil Procedure 176.8. In its denial order, the trial court stated that "service upon Defendant appears to be inadequate."

Relator has not established that it is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan.